UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ACANTHA LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPUY SYNTHES SALES, INC., DEPUY SYNTHES PRODUCTS, INC., DEPUY SYNTHES, INC., JOHNSON & JOHNSON, INC., SYNTHES, INC., SYNTHES USA, LLC, DEPUY ORTHOPAEDICS, INC., and DEPUY SPINE, LLC,<br><br>      Defendants. | **Civil Action No. 1:15-cv-01257**<br><br>Judge William C. Griesbach<br><br>Jury Trial Demanded |

## DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW

Pursuant to the Court's inherent power to manage its docket, Defendants DePuy Synthes Sales, Inc., DePuy Synthes Products, Inc., DePuy Synthes, Inc., Johnson & Johnson, Synthes, Inc., Synthes USA, LLC, DePuy Orthopaedics, Inc. and DePuy Spine, LLC hereby move to stay these proceedings pending *inter partes* review of the patent-in-suit, U.S. Patent No. RE43,008.

Dated: December 14, 2015        Respectfully submitted,

 /s/ *Patrick J. Norton*
John P. Fredrickson
**BOYLE FREDRICKSON**
840 North Plankinton Avenue
Milwaukee, WI 53203
Telephone: (414) 225-9755
Facsimile: (414) 225-9753
Email: jpf@boylefred.com

Calvin P. Griffith
Patrick J. Norton
Kenneth S. Luchesi
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: cpgriffith@jonesday.com
       pjnorton@jonesday.com
       kluchesi@jonesday.com

*Counsel for Defendants DePuy Synthes Sales, Inc., DePuy Synthes Products, Inc., DePuy Synthes, Inc., Johnson & Johnson, Synthes, Inc., Synthes USA, LLC, DePuy Orthopaedics, Inc. and DePuy Spine, LLC*