IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| ACANTHA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:15-cv-01257-WCG |
| v. | ) | |
| | ) | |
| DEPUY SYNTHES SALES, INC. and | ) | JURY TRIAL DEMANDED |
| DEPUY SYNTHES PRODUCTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions provided by the Court during the Court's jury instructions. Your answers to each question must be unanimous.

As used herein, "'008 patent" means U.S. Patent No. RE43,008.

1. Did Acantha prove by a preponderance of the evidence that Defendants infringe the following claims of the '008 patent with the Vectra products?

**Answer "Yes" or "No" for each Claim.**

Claim 3     _____
(If you answered "No" for Claim 3, you must also answer "No" for Claim 9, since it is a dependent claim.)
Claim 9     _____
Claim 21     _____
Claim 36     _____
(If you answered "No" for Claim 36, you must also answer "No" for Claim 37, since it is a dependent claim.)
Claim 37     _____
Claim 59     _____
(If you answered "No" for Claim 59, you must also answer "No" for Claims 72, 79, and 85, since they are dependent claims.)
Claim 72     _____
Claim 79     _____
Claim 85     _____

2. Did Acantha prove by a preponderance of the evidence that Defendants infringe the following claims of the '008 patent with the Zero-P VA product?

**Answer "Yes" or "No" for each Claim.**

Claim 21    _____
Claim 36    _____
(If you answered "No" for Claim 36, you must also answer "No" for Claim 37, since it is a dependent claim.)
Claim 37    _____
Claim 59    _____
(If you answered "No" for Claim 59, you must also answer "No" for Claims 79 and 85, since they are dependent claims.)
Claim 79    _____
Claim 85    _____

*Answer Question 3 only if you answered "yes" for any of Questions 1 or 2 above. Otherwise, do not answer the question.*

3. Did Acantha prove by a preponderance of the evidence that Defendants' infringement was willful?

**Answer "Yes" or "No" below.**

'008 patent    _____

4. Did Defendants prove by clear and convincing evidence that any of the following claims are invalid because of obviousness?

**Answer "Yes" or "No" for each Claim.**

Claim 3    _____
(If you answered "No" for Claim 3, you must also answer "No" for Claim 9, since it is a dependent claim.)
Claim 9    _____
Claim 21    _____
Claim 36    _____
(If you answered "No" for Claim 36, you must also answer "No" for Claim 37, since it is a dependent claim.)
Claim 37    _____
Claim 59    _____
(If you answered "No" for Claim 59, you must also answer "No" for Claims 72, 79, and 85, since they are dependent claims.)
Claim 72    _____
Claim 79    _____
Claim 85    _____

*Answer Questions 5 and 6 only if, for at least one claim, you answered "Yes" in Questions 1 or 2 and answered "No" for that claim in Question 4. Otherwise, do not answer these questions.*

5. What is the reasonable royalty that the plaintiff has proven by a preponderance of the evidence that it is entitled to?

     Royalty Rate: _____

     Royalty Base: $_____

     Total Amount: $_____
            (Royalty Rate percentage multiplied by Royalty Base)

6. In your answer to Question 5, did you include instruments in your royalty base? Answer "yes" or "no."

     _____

**Date:** _____        **By:** _____
                                               **JURY FOREPERSON**