# United States District Court

EASTERN DISTRICT OF WISCONSIN

ACANTHA, LLC,

        Plaintiff,

        v.

DEPUY SYNTHES SALES, INC.,
and DEPUY SYNTHES PRODUCTS, INC.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 15-C-1257

☒   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☐   **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff, Acantha, LLC, and against defendants, DePuy Synthes Sales, Inc. and DePuy Synthes Products, Inc. in the amount of $8,248,560.00.

**IT IS FURTHER ORDERED** that Defendants' counterclaims are DISMISSED.

        Approved:     s/ William C. Griesbach
                              William C. Griesbach, Chief Judge
                              United States District Court

Dated:   August 24, 2018

                                    STEPHEN C. DRIES
                                    Clerk of Court

                                    s/ Cheryl A. Veazie
                                    (By) Deputy Clerk